**Order entered October 30, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01295-CV

### IN RE NATIONAL HEALTH INVESTORS, INC.
### AND NHI-REIT OF AXEL, LLC, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court is relators' emergency motion for temporary relief. We **DENY** the motion.

/s/     CRAIG STODDART
JUSTICE